Opinion filed July 22,
2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00179-CR 

                                                    __________

 

                              JOSHUA
DWIGHT HICKS, Appellant

 

                                                             V.

 

                                      STATE
OF TEXAS, Appellee



 

                                   On
Appeal from the 19th District Court

                                                        McLennan
County, Texas

                                                Trial
Court Cause No. 2009-744-C1

 



 

                                            M
E M O R A N D U M    O P I N I O N

            Joshua
Dwight Hicks has filed in this court a motion to dismiss his appeal.  In his
motion, he states that this is a voluntary request.  The motion is signed by
both appellant and his counsel.

            The
motion is granted, and the appeal is dismissed.

 

                                                                                                PER
CURIAM

July 22, 2010

Do not publish. 
See Tex. R. App. P.
47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.